USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANK SPINELLI,

                              Plaintiff,

    -against-

BOY SCOUTS OF AMERICA and
GREATER NEW YORK COUNCILS, BOY
SCOUTS OF AMERICA,

                            Defendants.

------------------------------------------------------------x

20-CV-1503 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendants' request for an extension on their time to submit an answer or other responsive pleading to the underlying complaint. ECF No. 3. Plaintiff is hereby **ORDERED** to respond to Defendants' request on or before **March 11, 2020**.

**SO ORDERED.**

Dated:      **March 6, 2020**
              New York, New York

                                        HON. ANDREW L. CARTER, JR.
                                           United States District Judge