USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/10/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FRANK SPINELLI,**<br><br>         **Plaintiff,**<br><br>-against-<br><br>**BOY SCOUTS OF AMERICA, ET AL.,**<br><br>         **Defendants.** | **1:20-cv-01503 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendants' notices that Boy Scouts of America filed for bankruptcy pursuant to Chapter 11 of the United States Bankruptcy Code on February 18, 2020 in the Bankruptcy Court for the District of Delaware (hereinafter, the "Bankruptcy Court"). ECF Nos. 10, 12, 13.  As a result of an adversary proceeding commenced by Boy Scouts of America seeking a preliminary injunction pursuant to 11 U.S.C. §§ 105(a) and 362, the relevant parties and Committees in the underlying bankruptcy proceeding entered into a consent order staying this case as to Greater New York Councils, Boy Scouts of America.[1] *Id*. The consent order was approved and entered by the Bankruptcy Court on March 30, 2020. *Id.* On November 18, 2020, the Bankruptcy Court entered a third stipulation modifying the consent order and extending the stay to March 19, 2021. ECF No. 13. Accordingly, the Court hereby orders that all proceedings in this action are stayed.  The parties are also ordered to submit a joint status report by no later than March 19, 2021.

**SO ORDERED.**

Dated: December 10, 2020
    New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**

---

[1] This case is stayed automatically as to Boy Scouts of America pursuant to 11 U.S.C. § 362 as a result of its bankruptcy filing.