```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/02/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FRANK SPINELLI,**

                              **Plaintiff,**

          **-against-**

**BOY SCOUTS OF AMERICA, ET AL.,**

                              **Defendants.**

**1:20-cv-01503 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter advising the Court that the Bankruptcy Court for the District of Delaware has entered a fourth stipulation modifying the consent order in the underlying bankruptcy proceedings and extending the stay to July 19, 2021. ECF No. 15. Accordingly, the Court hereby orders that all proceedings in this action continue to be stayed. The parties are ordered to submit a joint status report by no later than July 19, 2021.

**SO ORDERED.**

**Dated:** April 2, 2021
       New York, New York

*/s/ Andrew L. Carter, Jr.*

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**