```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/24/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FRANK SPINELLI,**<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**BOY SCOUTS OF AMERICA, ET AL.,**<br><br>                              **Defendant.** | **20-cv-1503 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 4, 2021, this Court issued an order directing the parties to file a joint status report by October 28, 2021. To date, no such report has been filed. The Parties are hereby **ORDERED** to comply with the Court's August 4, 2021 Order by no later than **December 6, 2021**.

**SO ORDERED.**

Dated:   November 24, 2021
            New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**