```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK SPINELLI,

                **Plaintiff,**

-against-

BOY SCOUTS OF AMERICA, ET AL.,

                **Defendant.**

20-cv-1503 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ordered to submit a joint status report on the current status of the bankruptcy action by no later than October 19, 2022.

**SO ORDERED.**

Dated:   October 5, 2022
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**